UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONNY POWE,<br><br>                Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00418-MMD-CLB<br><br>ORDER |

      The Court dismissed Petitioner Ronny Powe's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*, and judgment was entered. (ECF Nos. 3, 5.) Petitioner has requested a copy of his petition. (ECF No. 6.) Good cause appearing, the Court will direct the Clerk of Court to send him a copy.

      The Clerk of Court is therefore directed to send Petitioner a copy of the petition (ECF No. 1-1) that Petitioner filed in this closed action.

      DATED THIS 31st Day of August 2020.

MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE